|    |    |    |
|----|----|----|
| 1  |    |    |
| 2  |    |    |
| 3  |    |    |
| 4  |    |    |
| 5  |    |    |
| 6  |    |    |
| 7  |    |    |
| 8  | IN THE UNITED STATES DISTRICT COURT |    |
| 9  | FOR THE EASTERN DISTRICT OF CALIFORNIA |    |
| 10 | RUDOLFO ONTVERIO, |    |
| 11 | Plaintiff, | No. CIV S-07-0796 MCE DAD P |
| 12 | vs. |    |
| 13 | MONTEREY COUNTY, et al., |    |
| 14 | Defendants. | ORDER |
| 15 | _____/ |    |

16         Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17 to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In light of 1996

18 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in

19 forma pauperis.

20         The federal venue statute requires that a civil action, other than one based on

21 diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all

22 defendants reside in the same State, (2) a judicial district in which a substantial part of the events

23 or omissions giving rise to the claim occurred, or a substantial part of property that is the subject

24 of the action is situated, or (3) a judicial district in which any defendant may be found, if there is

25 no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

26 /////

1

1 In this case, none of the defendants reside in this district. The claim arose in
2 Monterey County, which is in the Northern District of California. Therefore, plaintiff's claim
3 should have been filed in the United States District Court for the Northern District of California.
4 In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the
5 correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir.
6 1974).
7 Accordingly, IT IS HEREBY ORDERED that:
8 1. This court has not ruled on plaintiff's request to proceed in forma pauperis; and
9 2. This matter is transferred to the United States District Court for the Northern
10 District of California.
11 DATED: May 3, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp
ontv0796.21

2